AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

H.I.R.H. Prince William-Bullock III Stewart©,
the natural living man

*Plaintiff(s)*

v.

VA Medical Center, Palo Alto, California, et all

*Defendant(s)*

Civil Action No. 22-cv-04683-YGR

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* VA Medical Center, Palo Alto, California, (as a person)
3801 Miranda Ave., Palo Alto, CA 94304

and each employee, student, resident, faculty, contractor, or agent, of the VA Medical Center, between 8/15/2021 and 8/30/2021, that is listed on the attached list.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

H.I.R.H. Prince William-Bullock III Stewart©,
the natural living man
P.O. Box 694
San Jose, CA 95106

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
Mark B. Busby

Susie F. Barrera

*Signature of Clerk or Deputy Clerk*

Date: 9/30/2022

22-cv-04683-YGR

Dwight-Gilroy, Eric L
Jamison, Dale L
Grillo, Jessica M
Parham, Christopher
Parivash, Sherveen N
Fawcett, Leah I
To'O, Katherine J
Turturice, Benjamin A
Wang, David C
Jiang, Janice Ke
Del Gaizo, Andrew
Woods, Emily Clark
Misra, Chandan
Shih, Stephen Y
Nolette, Sara Lynn
Neff, Margaret J

Wu, Tiffany T
Tarimala, Anirudh
Danika, Dorelien
Silos, Stella M
Abad-Garcia, Trisha M
Holton-Burke, Robert C
Campodanno, Jeffrey M
Rajagopal, Priya
Armendariz, Julia Anne
Guaren, Rosalina L
Bugayong, Stephen M
Molano, Monica
Arcila, Iris R
Cid, Crystal Jane
Yen, Elaine J
Mathews, Margaret
Duque, Joyce R
Cherasky, Donna
Fernandez, Marie S
Tadas, Fidel G
Popovic, Suzana
Carter, La Boya C
La, Brian M
Tran, Phong L
Dong, Jim N
Huff, Sarah L
Jaramillo, Sandra A
Gao, Xiang

Merle, Maria Linda N
Kaliyaperumal, Darsh
Valerio, Leeana J
Bryiki, Oluwadunmini
Plares, Eugene L
Goldberg, Jennifer L
Caasi, Almira Narah
Cunningham, Farah P
Halpern, Calissa
Thira, Rajvinder K
Scotto, Lena
Pomerantsev, Tamara
Ramus, Tin P
Gensel, Amy
Gamab, Tiffany A
Pacheco, Michael G
Caldwell, Jillian S
Pao, Alan C
McBride, Alicia A
Gevana, Paul
Tillman, Tamara
Naku, Randy M
Lovercheck, Matthew
Hamilton, Margaret D
Parsons, Josephine C
Ji, Mengxi
Taylor, Grenda S
Zang, Xiaosu
Kaur, Harkirat
Ngoy, Tong Na
Ucki, Lindsey M
Mitchell, Tiffany M
Lopez, Leonor
McCaniel, Antonio De
Herbert, Amber S
Lavelle, John P
Bangoy, Annalaine G
Indo, Ashley M
Charon, Mina M
Herrada, Amber
Thompson, Thomas B

Civil Action No. 22-cv-04683-YGR

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________________
was received by me on *(date)* ______________ .

☐ I personally served the summons on the individual at *(place)* ______________________________
______________________________ on *(date)* ______________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ______________________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________________ on *(date)* ______________ ; or

☐ I returned the summons unexecuted because ______________________________ ; or

☐ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________________
*Server's signature*

______________________________
*Printed name and title*

______________________________
*Server's address*

Additional information regarding attempted service, etc: