UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILLIAM-BULLOCK STEWART,

Plaintiff,

v.

VA MEDICAL CENTER, et al.,

Defendants.

Case No.  22-cv-04683-AMO

**ORDER TO SHOW CAUSE**

Re: Dkt. No. 23

On August 15, 2022, pro se Plaintiff William-Bullock Stewart filed a Complaint in this District Court against Defendant VA Medical Center and some 87 individuals it employs.  Dkt. 1.  On May 22, 2023, Defendants filed a Motion to Dismiss the Complaint for lack of subject matter jurisdiction.  Dkt. 23.  Under Civil Local Rule 7-3, Plaintiff's response to Defendants' Motion was due by June 5, 2023.  That deadline has passed, and Plaintiff still has not filed a response to Defendants' Motion.

Rule 41 accords a district court discretion to dismiss a plaintiff's action because of his failure to prosecute, to comply with the Federal Rules of Civil Procedure, or to comply with a court order.  *See, e.g.*, *Hearns v. San Bernardino Police Dep't*, 530 F.3d 1124, 1129 (9th Cir. 2008); *Ferdik v. Bonzelet*, 963 F.2d 1258 (9th Cir. 1992) (affirming dismissal of a pro se prisoner's civil rights action where the plaintiff failed to comply with the court's order to file an amended pleading); *Oliva v. Sullivan*, 948 F.2d 272, 273-74 (9th Cir. 1992) (noting that the district court may dismiss sua sponte for failure to meet a court deadline).

Accordingly, the Court ORDERS Plaintiff to SHOW CAUSE why Defendants' Motion to Dismiss should not be granted.  In particular, he must file a written response to Defendants' Motion on or before **June 23, 2023**.  Defendants' reply, if any, must be filed on or before June 30,

United States District Court
Northern District of California

2023.  If plaintiff no longer intends to prosecute this case, he should file a notice of voluntary dismissal.  *See* Fed. R. Civ. P. 41(a).  Failure to respond to Defendants' Motion to Dismiss as ordered may result in the motion being granted, and the action being dismissed with prejudice.

    **IT IS SO ORDERED.**

Dated: June 12, 2023

_____
ARACELI MARTÍNEZ-OLGUÍN
United States District Judge