UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM-BULLOCK STEWART,<br>   Plaintiff,<br> v.<br>VA MEDICAL CENTER, et al.,<br>   Defendants. | Case No.22-cv-04683-AMO<br><br>**JUDGMENT** |

On August 13, 2024, the Court granted the Government's motion to dismiss the case with prejudice for lack of subject matter jurisdiction. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: August 13, 2024

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**